927 A.2d 111

IN THE MATTER OF WILFRED LEBLANC,
JR., AN ATTORNEY AT LAW.

July 17, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–039, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **WILFRED LeBLANC, JR.,** of **NORTH PLAINFIELD,** who was admitted to the bar of this State in 1998, should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **WILFRED LeBLANC, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.